**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000463
06-NOV-2024
08:13 AM
Dkt. 262 ODMR**

CAAP-21-0000463
(Consolidated with Nos. CAAP-21-0000490 and CAAP-21-0000492)


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


RONDA BESELT, Plaintiff-Appellant, v.
WALDORF=ASTORIA MANAGEMENT LLC, a foreign limited
liability company; DEPARTMENT OF LAND AND NATURAL
RESOURCES, STATE OF HAWAIʻI, Defendants-Appellees,
and
JOHN DOES 1-5; JANE DOES 1-5; ROE CORPORATIONS 1-5;
ROE NON-PROFIT CORPORATIONS 1-5; AND
ROE GOVERNMENTAL AGENCIES 1-5, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CC161000597(2))


ORDER
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of Plaintiff-Appellant Ronda Beselt's Motion for Reconsideration filed herein on October 30, 2024, and the records and files herein, IT IS HEREBY ORDERED that said Motion is denied.

DATED: Honolulu, Hawaiʻi, November 6, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge